UNITED STATES DISTRICT JUDGE COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PAULA BLANKENSHIP,
      Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of the Social Security Administration,
      Defendant.

No. C03-1419C

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. §406(b)

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Motion For Attorneys Fees Pursuant To 42 U.S.C§ 406(b), the Court having considered the contentions of Plaintiff and Defendant, good cause having been shown for entry of the Order, now therefore, it is hereby

ORDERED that Plaintiff's attorney Anne Kysar is awarded a gross attorney's fee of $12,290.25 pursuant to 42 U.S.C.§ 406(b), reduced by the EAJA Award of $4,437.42 and the administrative attorney fee of $5,300.00. Since the balance available for § 406(b) fees is $2,552.83, Plaintiff is awarded the net sum of $2,552.83. When issuing the 42 U.S.C.§ 406(b) check for payment to Plaintiff's attorney herein, Social Security is directed to send to Plaintiff's attorney the net balance of $2,552.83, minus any applicable processing fees as allowed by statute.

DATED this 8th day of December, 2005.

_____
UNITED STATES DISTRICT JUDGE

ORDER FOR ATTORNEY'S FEES
PURSUANT TO 42 U.S.C § 406(b) - 1
(C03-1419C)

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
(206) 622-8000